IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY BROWN | ) | Case: 1:23-cv-02506 |
| Plaintiff | ) | Honorable John J. Tharp, Jr. |
| v. | ) | Magistrate Judge: |
| | ) | |
| MICHAEL SPANO, | ) | Complaint for Defamation and Fraud |
| Defendant | ) | Diversity Jurisdiction 28 U.S.C. 1332 |
| | ) | **JURY DEMANDED** |

## FIRST AMENDED COMPLAINT

Plaintiff, Kimberly Brown, demands a trial by jury on all issues so triable for her first amended complaint against Michael Spano, Plaintiff alleges the following:

## ADMINISTRATIVE HISTORY

1. Ms. Brown filed the original complaint for this matter on April 20, 2023 (hereinafter "Original Complaint"). EXHIBIT A.

1

2. On April 24, 2023, the Honorable John J. Tharp, Jr issued an order via a Minute Entry dismissing the Original Complaint for want of subject matter jurisdiction. EXHIBIT B. Specifically, the Court held "An allegation of residence is inadequate to support the assertion of an individual's citizenship for purposes of diversity under 28 U.S.C. § 1332." The Court granted Plaintiff leave to amend the defect in the Original Complaint by May 12, 2023. This 1st Amended Complaint seeks to cure the defect.[1]

## JURISDICTION AND VENUE

3. This Court has jurisdiction of this matter under 28 U.S.C. 1332. There is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.

   a. Plaintiff, Kimberly Brown ("Ms. Brown"), has resided at 1026 E. 46th St, Unit 2E, Chicago, Illinois 60653 since August 2021 at which time Ms. Brown began working remotely for ServiceNow. Ms. Brown indicated on her intake forms with ServiceNow that Ms. Brown lives in Illinois. Ms. Brown considered leaving Illinois once she began working remotely. However, Ms. Brown decided to remain in Chicago indefinitely. Ms. Brown no longer works for ServiceNow but continues to reside in Illinois. In addition, Ms.

---

[1] Ms. Brown removed certain claims made in the Original Complaint which claims are covered by an arbitration agreement that exists between Ms. Brown and her former employer (hereinafter "Arbitration Agreement"). EXHIBIT C. Ms. Brown does not seek redress for any issues covered by the Arbitration Agreement in this matter, as those issues will be arbitrated separately. If it is discovered during the course of this matter that one of the claims herein is subject to the Arbitration Agreement, Ms. Brown will seek leave to amend this 1st Amended Complaint.

      Brown is opening a business in Illinois, and she has submitted a business registration application to the Illinois Secretary of State. EXHIBIT D.

   b. Defendant, Michael Spano (hereinafter "Defendant Spano"), resides and is domiciled in Raleigh, North Carolina. Ms. Brown is not certain of Defendant Spano's address. Based on online searches, Ms. Brown believes Defendant Spano owns his home and resides at 1709 Yates Wheel Way, Raleigh, NC 27606. In addition, there is a business named Spano Consulting, Inc. that operates from that address and lists a Michael Spano as its Chief Executive Officer. EXHIBIT E. Like Ms. Brown, Defendant Spano works remotely for ServiceNow from his residence.

   c. Plaintiff seeks a damage award in the amount of $450,000.

4. Venue in this judicial district is proper under 28 U.S.C. 1391:

   a. A substantial part of the property that is the subject of this matter (Ms. Brown's reputation) is situated in Illinois. Diminishing Ms. Brown's reputation has a significant negative financial effect. Ms. Brown's future employability will likely be affected by Ms. Brown's diminished reputation, as will the business Ms. Brown is launching.

   b. A substantial number of acts that gave rise to this matter occurred with individuals who reside or conduct business in Illinois. Ms. Brown believes that Defendant Spano intentionally shared misinformation with individuals some of whom reside or conduct business in Illinois.

## BACKGROUND

5. Ms. Brown is an Illinois-licensed, non-practicing, transactional attorney.

6. Ms. Brown was recruited by her former employer (hereinafter "ServiceNow") while Ms. Brown was a returning student in a graduate program for governance, risk and compliance. Ms. Brown began working for ServiceNow in August 2021. Defendant Spano was initially Ms. Brown's coworker. A short time later, Defendant Spano was promoted and became Ms. Brown's manager.[2]

7. Notwithstanding, Ms. Brown believes that the claims set forth herein are not related to nor arise from her employment at ServiceNow.

## COUNT ONE - FALSE LIGHT

8. Ms. Brown incorporates by reference her allegations in this 1st Amended Complaint as if fully restated in this paragraph.

9. Ms. Brown claims that Defendant Spano intentionally shared misinformation about Ms. Brown which misinformation was contained in one or more news articles, blog posts, and other sources.[3]

10. Ms. Brown claims that Defendant Spano intentionally disseminated misinformation about Ms. Brown to paint Ms. Brown in a negative light.

11. Ms. Brown claims that Defendant Spano acted maliciously or with reckless disregard for the veracity of the misinformation he shared.

---

[2] This information is provided to demonstrate that Ms. Brown and Defendant Spano knew each other prior to Defendant Spano taking the actions described herein.

[3] Ms. Brown has filed suit against the publisher of one newspaper article, News Bulletin Media, for the misinformation contained in their article.

12. Ms. Brown believes that the misinformation Defendant Spano shared called into question Ms. Brown's trustworthiness, integrity, credibility and competence.

13. Ms. Brown claims that Defendant Spano intentionally shared misinformation about Ms. Brown with individuals who were not employees, supervisors, managers or agents of ServiceNow. [4]

14. Ms. Brown claims that Defendant Spano intentionally shared misinformation with individuals some of whom reside in, or conduct business in, Illinois.

15. Ms. Brown has been damaged financially and emotionally by Defendant Spano's actions which painted Ms. Brown in a negative light.

## COUNT TWO – CONSPIRACY TO PAINT IN FALSE LIGHT

16. Ms. Brown incorporates by reference her allegations in this 1st Amended Complaint as if fully restated in this paragraph.

17. Ms. Brown claims that Defendant Spano intentionally painted Ms. Brown in a false light in furtherance of an agreement Defendant Spano made with unnamed co-conspirators.

18. Ms. Brown claims that the malicious goal of the conspiracy is to harm, and cause financial distress to, Ms. Brown.

19. In furtherance of the conspiracy, Ms. Brown claims Defendant Spano intentionally shared misinformation about Ms. Brown with individuals who are not employees, supervisors, managers or agents of ServiceNow.[5]

---

[4] Whether Defendant Spano shared misinformation with ServiceNow's employees, supervisors, managers or agents is not addressed in this matter.

[5] Whether Defendant Spano shared misinformation with ServiceNow's employees, supervisors, managers or agents is not addressed in this matter.

20. Ms. Brown has been damaged financially and emotionally by Defendant Spano's participation in the conspiracy to paint Ms. Brown in a false light.

## PRAYER FOR RELIEF

Ms. Brown requests that the Court enter judgement in her favor against Defendant Spano and enter an order granting the following relief:

A. Ms. Brown prays that the Court will award compensatory damages in the amount of $450,000 which Ms. Brown estimates as three years of salary, bonuses, and reputation repair costs.

B. Ms. Brown prays that the Court will order Defendant Spano to pay punitive damages.

C. Ms. Brown prays that the Court will order Defendant Spano to reimburse Ms. Brown for her attorney fees and litigation-related costs.

D. Finally, Ms. Brown prays that the Court will refer this case to the United States Department of Justice and request a RICO investigation be conducted regarding the conspiracy claimed in this matter.

## JURY DEMAND

Ms. Brown hereby demands a jury trial on all issues so triable. Fed.R.Civ.P. 38(b).

Respectfully submitted on May 11, 2023

/s/ Kimberly Brown
Plaintiff, pro se
1026 E. 46th St, Unit 2E
Chicago, IL. 60653
Phone: 773-673-0324
Email: Kim@PrivacyGladiators.com

**EXHIBITS**

| | |
|---|---|
| A | Original Complaint |
| B | Minute Entry Order |
| C | Arbitration Agreement |
| D | Business Registration |
| E | Spano Consulting |