# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kimberly Jean Brown
        Plaintiff,

v.                  Case No.: 1:23−cv−02506
                 Honorable John J. Tharp Jr.

Michael Spano
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

  MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff is ordered to show cause by 9/13/23 why this case should not be dismissed for failure to file proof of service of summons within the Rule 4(m) 90−day window or, alternatively, file proof that service of summons was executed during the window. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.